COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-136-CV

 

PETER
GUDMUNDSSON, CHRISTOPHER                                APPELLANTS

BANCROFT, BRUCE
LEADBETTER, JIM 

ARMSTRONG, TREY TRAVIESA,
HARBERT 

MULHERIN, IDEALAB CAPITAL
PARTNERS, 

AND
GRYPHON HOLDINGS                                                                    

 

                                                   V.

 

NATIONAL
UNION FIRE INSURANCE COMPANY                          APPELLEE

OF
PITTSBURG, PA                                                                              

                                                                                                        

                                               ----------

            FROM
THE 362ND DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellants= AMotion
To Dismiss.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex.
R. App. P. 43.4.








 

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and DAUPHINOT,
J.  

 

DELIVERED:  March 1, 2007 












[1]See Tex. R. App. P. 47.4.